**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000525
31-DEC-2012
08:40 AM**

NO. CAAP-12-0000525

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MITCHELL K. KWOCK CHEONG KAM, Plaintiff-Appellant,
v.
JENNIFER MALIE CHING KAM, nka JENNIFER MALIE CHING,
Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D No. 04-1-2673)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the records, it appears that:

(1) on May 29, 2012, Plaintiff-Appellant Mitchell K. Kwock Cheong Kam (Appellant) filed a notice of appeal; (2) on July 30, 2012, the record on appeal was filed and the appellate clerk informed Appellant that the jurisdictional statement was due on August 9, 2012 and the opening brief was due on September 10, 2012; (3) on October 29, 2012, Appellant was informed that the time to file the jurisdictional statement expired on August 9, 2012 and the

time to file the opening brief expired on September 10, 2012, that this court may take such action as it deemed proper, including dismissal of the appeal, and that relief from default should be made by motion; and (4) no jurisdictional statement was filed, no opening brief was filed, and no motion for relief from default was filed.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawai'i, December 31, 2012.

Presiding Judge

Associate Judge

Associate Judge